UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMANY SEDRA, ADEL GUIRGUIS, and ASHAK WESA,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ALISOS RANCH COMPANY, LLC, and MELISSA MARSH,<br><br>Defendants. | Case No. SACV13-00488 DOC (ANx)<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL [42] |

Based on the joint application of the parties, IT IS HEREBY ORDERED:

The action is dismissed with prejudice pursuant to the terms of the settlement agreements executed amongst the parties. Each party shall bear its own costs and attorneys' fees. The Court shall retain jurisdiction for purposes of enforcement only.

Dated: March 14, 2014.

*David O. Carter*
Hon. David O. Carter
United States District Judge